IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 21-55-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| DAVID JAY PANDO, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on December 20, 2021 (Doc. 28).

3. All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Exhibit 1 to United States Brief in Support of Motion for Final Order of Forfeiture).

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- $13,432 in US Currency seized on or about December 8, 2020
- Pantech brand Model P7040 cellular phone and Motorola brand Model Moto e6 cellular phone, both seized on or about February 12, 2021
- $1,663 in US Currency seized on or about May 14, 2021

THAT any prior administrative forfeiture of $10,607 seized on or about February 12, 2021 is unaffected by this order, for the reason identified in the United States' Brief in Support of Motion for Final Order of Forfeiture).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of May, 2022.

_/s/ Brian Morris_

Brian Morris, Chief District Judge
United State District Court